

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 22, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILTON RODRIGUEZ, JR.** | CIVIL ACTION NO. 00-0264 |
| versus | SECTION: "N" (3) |
| **WACKENHUT CORPORATION** | |

IT IS ORDERED that defendant appear in the undersigned U.S. Magistrate Judge's chambers located at 501 Magazine Street, Room 335, New Orleans, Louisiana, on April 12, 2000, at 9:00 A.M. to show cause why a default judgment should not be entered in favor of plaintiff.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 2 4 2000