

**MINUTE ENTRY**
**AFRICK, M.J.**
**April 12, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILTON RODRIGUEZ, JR.                CIVIL ACTION NO. 00-0264

versus                               SECTION: "N" (3)

WACKENHUT CORPORATION

    **IT IS ORDERED** that a telephone status conference will be held in the above-captioned case on April 20, 2000, at 10:30 A.M. The undersigned U.S. Magistrate Judge's chambers will initiate the call.

                                       LANCE M. AFRICK
                                       UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
APR 1 2 2000