**MINUTE ENTRY**
**AFRICK, M.J.**
**April 11, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILTON RODRIGUEZ, JR.                           CIVIL ACTION NO. 00-0264

versus                                          SECTION: "N" (3)

WACKENHUT CORPORATION


The rule to show cause scheduled on this date is **CANCELLED**. Defendant has filed a motion for summary judgment.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
APR 1 2 2000