```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2000 APR 20  P 4:14

                                  LORETTA G. WHYTE
                                        CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**April 20, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MILTON RODRIGUEZ, JR.**                    **CIVIL ACTION NO. 00-0264**

versus                                        **SECTION: "N" (3)**

**WACKENHUT CORPORATION**

     A status conference was held on this date. All parties do not presently consent to proceed before the undersigned U.S. Magistrate Judge. The U.S. District Court will be notified so that the case can be set on its docket. Should the parties change their minds with respect to the consent issue, they shall notify this Court.

                                                               **LANCE M. AFRICK**
                                                            **UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
APR 2 0 2000