

MINUTE ENTRY
CLEMENT, J.
April 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON RODRIGUEZ, JR. | CIVIL ACTION |
| VERSUS | NO. 00-264 |
| WACKENHUT CORPORATION | SECTION "N" (3) |

The court being advised that all parties have not consented to proceed to trial before a Magistrate Judge pursuant to 28 USC 636(c);

IT IS ORDERED that the Motion of Defendant, Wackenhut Corporation, previously scheduled for hearing before Magistrate Judge Africk is hereby RE-NOTICED for hearing before Judge Edith Brown Clement on May 3, 2000 at 10:00 a.m. on briefs.

\* \* \* \* \*

DATE OF ENTRY
APR 24 2000

___Fee___
___Process___
X Dktd
___CtRmDep___
Doc.No.