

FILED
U.S. DISTRICT COURT

2000 APR 27  A 10: 50

\_\_\_\_\_ A C. WHYTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MILTON RODRIGUEZ, JR.,** | * | **CIVIL ACTION NO. 00-264** |
| **Plaintiff,** | * | **SECTION "N(3)"** |
| **VERSUS** | * | |
| **WACKENHUT CORPORATION,** | * | |
| **Defendant.** | * | |

### MOTION TO CONTINUE DEFENDANT'S
### MOTION TO DISMISS/SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Milton Rodriguez who moves this court for a continuance of the May 3, 2000 hearing.

1.

This motion is based upon the fact that there is no opposition by the defendant/mover.

2.

Undersigned counsel has spoken to Frederic Theodore LeClercq of Hailey, McNamara, Hall, Larman and Papalle, L.L.P. and the parties have agreed to a resetting of the motion to the court's first available setting in June of 2000, based upon the fact that

DATE OF ENTRY
MAY 1 2000

Fee\_\_\_\_\_
Process\_\_\_\_\_
X Dktd \_\_\_\_\_
CtRmDep \_\_\_\_\_
Doc. No. 10

undersigned counsel only received defendant's motion to dismiss/summary judgment and memorandum in support thereof on April 25, 2000.

Respectfully submitted,

*/s/ Paula Perrone*

PAULA PERRONE (#10518)
CHEHARDY, SHERMAN, ELLIS,
BRESLIN & MURRAY
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Phone: (504) 833-5600
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to all counsel of record this 27th day of April, 2000, via United States Mail, properly addressed and first class postage prepaid.

*/s/ Paula Perrone*
PAULA PERRONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILTON RODRIGUEZ, JR., | * | CIVIL ACTION NO. 00-264 |
| | * | |
| Plaintiff, | * | SECTION "N(3)" |
| VERSUS | * | |
| | * | |
| WACKENHUT CORPORATION, | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing unopposed motion for a continuance;

**IT IS ORDERED** that the hearing on the Defendant's motion to dismiss/summary judgment currently scheduled for hearing before Judge Edith Brown Clement on May 3, 2000 ~~at 10:00 a.m.~~ on briefs be and hereby is continued to June 14th, 2000 ~~at 10:00 a.m.~~ on briefs. Opposition memoranda shall be filed and served no later than June 6, 2000.

New Orleans, Louisiana, this 28 day of April, 2000.

_____
EDITH BROWN CLEMENT,
UNITED STATES DISTRICT JUDGE



### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MILTON RODRIGUEZ, JR.,** | * | **CIVIL ACTION NO. 00-264** |
| | * | |
| Plaintiff, | * | **SECTION "N(3)"** |
| **VERSUS** | * | |
| | * | |
| **WACKENHUT CORPORATION,** | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Undersigned counsel has been in continuing communications with counsel for defendant, Frederic Theodore LeClercq, on this matter and other related Wackenhut litigation. Undersigned counsel and her co-counsel, George B. Recile, spoke with Mr. LeClercq on Tuesday, April 25, 2000, when they received a minute entry regarding a May 3, 2000 hearing and discovered that they had not received the actual motion to dismiss/summary judgment together with the memorandum and therefore would not be

able to respond and oppose the motion. Mr. LeClercq agreed to a continuance of the matter for a sufficient period of time, i.e. approximately 30 days so as to allow Plaintiff's counsel adequate time to oppose the motion and address the issues raised therein.

Accordingly, Plaintiff desires an continuance of the hearing currently set for May 3, 2000 to this Honorable Court's first available hearing date in June of 2000.

Respectfully submitted,

*[signature]*

PAULA PERRONE (#10518)
CHEHARDY, SHERMAN, ELLIS,
BRESLIN & MURRAY
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Phone: (504) 833-5600
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent to all counsel of record this 27th day of April, 2000, via United States Mail, properly addressed and first class postage prepaid.

*[signature]*
PAULA PERRONE