```
UNITED STATES DISTRICT COURT
          FILED

     September 29, 2000

EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
             Clerk
```

MINUTE ENTRY
CLEMENT, J.
September 29, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following cases will be called by Judge Edith Brown Clement on **WEDNESDAY, NOVEMBER 1, 2000 at 10:00 a.m.**

Counsel is ordered to enter default against the defendant(s) who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

00-33      ALCAN RUBBER VS MV STAR GRAN, ET AL
           Attys: John Fay    Robert Barbier
           (As to P.T. Andhika Lines)

00-264     MILTON RODRIGUEZ VS WACKENHUT CORPORATION
           Attys: Paula Perrone    Frederick Le Clercq
           (As to Wackenhut Corporation)

00-1338    ANTHONY BONNER VS ZURICH INSURANCE, ET AL
           Attys: Ivan Warner  Thomas Gaudry      Sophia Pappas
           (As to Garvin Tyrone Vincent)

00-1905    THYSSEN INC.  VS MV AMFITRITI
           Atty: Cecil Gordon Starling
           (As to MV Amfitriti)

00-2178    TRAVELERS PROPERTY VS CALCINER INDUSTRIES INC, ET AL
           Attys: Grady Hurley    Mark Seyler
           (As to all defendants)

SEPTEMBER 29, 2000          Pam Radosta, Courtroom Deputy
                            589-7683

___ Fee_____
___ Process____
X   Dktd _____
___ CtRmDep ___
    Doc.No. ____