1921-50193-FTL/mld

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -2 PM 12: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILTON RODRIGUEZ | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0264 |
| WACKENHUT CORPORATION | * | SECTION: " N " |
| | * | MAGISTRATE (3) |

******************************************************************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

ON MOTION OF Frederic Theodore Le Clercq, and on suggesting to the Court that

Frederic Theodore Le Clercq wishes to withdraw as counsel of record for defendant,

Wackenhut Corporation, and that Brooke Duncan, III, wishes to be substituted as counsel of

record for said defendant, in his place and stead.

Respectfully submitted,                     Respectfully submitted,

HAILEY, MCNAMARA, HALL, LARMANN        ADAMS & REESE
&PAPALE

BY: _____      BY: _____
FREDERIC THEODORE LE CLERCQ (#23517)      BROOKE DUNCAN, III (#17944)
One Galleria Blvd., Suite 1400              One Shell Square, Suite 4500
P.O. Box 8288                               701 Poydras Street
Metairie, Louisiana  70001                  New Orleans, Louisiana  70139
Telephone: (504) 836-6500                   Telephone: (504) 581-3234

DATE OF ENTRY
OCT  5 2000

1921-50193-FTL/mld

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MILTON RODRIGUEZ                    *       CIVIL ACTION

VERSUS                              *       NO: 00-0264

WACKENHUT CORPORATION               *       SECTION: " N "
                                    *       MAGISTRATE (3)
***************************************************************************************************

**O R D E R**

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS HEREBY ORDERED by the Court that Frederic Theodore Le Clercq, be and he is

hereby permitted to withdraw as counsel of record for defendant, Wackenhut Corporation and

that Brooke Duncan, III, is hereby substituted in his place and stead.

New Orleans, Louisiana, this _____4_____ day of ___October___, 2000.

_____
JUDGE