

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILTON RODRIGUEZ | * | CIVIL ACTION |
| versus | * | NO. 00-0264 |
| WACKENHUT CORPORATION | * | SECTION "N" |
| | * | MAG. NO. 3 |

*****************************************

## MOTION TO DESIGNATE TRIAL ATTORNEY

NOW INTO COURT, through undersigned counsel, Defendant, Wackenhut Corporation, who, pursuant to Rule 11.2 of the Uniform District Court Rules, Eastern District of Louisiana, hereby designates Philip A. Franco of the law firm of Adams and Reese, 4500 One Shell Square, New Orleans, Louisiana, as the Trial Attorney in this matter for Defendant, Wackenhut Corporation.

WHEREFORE, Wackenhut Corporation prays that this Court grant its Motion to Designate Trial Attorney and designate Philip A. Franco of the law firm of Adams and Reese, 4500 One Shell Square, New Orleans, Louisiana, as

DATE OF ENTRY
OCT 1 7 2000

the Trial Attorney in this matter for Wackenhut Corporation.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Philip A. Franco (#5819), T.A.
Brooke Duncan, III (#17944)
Jennifer M. Neil, (#26691)
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Attorneys for Wackenhut Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel, by placing same in the United States mail, postage pre-paid, this 11th day of October, 2000.

_____

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MILTON RODRIGUEZ** | * | **CIVIL ACTION** |
| versus | * | **NO. 00-0264** |
| **WACKENHUT CORPORATION** | * | **SECTION "N"** |
| | * | **MAG. NO. 3** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**O R D E R**</u>

Considering the above Motion to Designate Trial Attorney,

IT IS HEREBY ORDERED, that Philip A. Franco of the law firm of Adams and Reese, 4500 One Shell Square, New Orleans, Louisiana, be designated as the Trial Attorney for Defendant, Wackenhut Corporation, in the above captioned matter.

New Orleans, Louisiana, this 17th day of October, 2000.

_____
United States ~~District Court~~ Judge
MAGISTRATE