FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -1 PM 12: 28

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 1, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON RODRIGUEZ, JR. | CIVIL ACTION NO. 00-0264 |
| versus | SECTION: "N" (3) |
| WACKENHUT CORPORATION | |

A settlement conference is scheduled in the above-captioned case on November 29, 2000, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before November 21, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL

DATE OF ENTRY
NOV 1 2000