

**MINUTE ENTRY**
**CLEMENT, J.**
**November 1, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED:
After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

00-33      ALCAN RUBBER VS MV STAR GRAN, ET AL
           Attys: John Fay    Robert Barbier
ORDERED: **PASSED FOR 30 DAYS.**

---

00-264     MILTON RODRIGUEZ VS WACKENHUT CORPORATION
           Attys: Paula Perrone    Frederick Le Clercq
ORDERED: **PASSED FOR 30 DAYS.**

---

00-1338    ANTHONY BONNER VS ZURICH INSURANCE, ET AL
           Attys: Ivan Warner    Thomas Gaudry    Sophia Pappas
ORDERED: **PLACED ON TRIAL DOCKET**

---

00-1905    THYSSEN INC. VS MV AMFITRITI
           Atty: Cecil Gordon Starling
ORDERED: **PASSED FOR 20 DAYS, ANSWER TO BE FILED.**

---

00-2178    TRAVELERS PROPERTY VS CALCINER INDUSTRIES INC, ET AL
           Attys: Grady Hurley    Mark Seyler
ORDERED: **PASSED FOR 30 DAYS.**

---

November 1, 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 2 2000

