**MINUTE ENTRY**
**AFRICK, M.J.**
**November 29, 2000**

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON RODRIGUEZ | CIVIL ACTION NO. 00-0264 |
| versus | SECTION: "N" (3) |
| WACKENHUT CORPORATION | |

A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

                                            LANCE M. AFRICK
                                            UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
DEC 1 2000